# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Eric Diaz, et al.

Plaintiff,

v.                                         Case No.: 1:25−cv−10895

Honorable Lindsay C. Jenkins

Tea Dating Advice, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: The unopposed motion for an extension of time [8] is granted. Defendant's responsive pleading is now due by October 17, 2025. The initial status report and initial status hearing remain set for October 8, 2025 and October 15, 2025 respectively. Mailed notice eturin@mcgpc.com and jfrysinger@mcgpc.com. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.