IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC DIAZ, MARK SULLIVAN, and CRAIG HATFIELD, individually and on behalf of similarly situated individuals,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>TEA DATING ADVICE, INC.  )<br><br>Defendant.  ) | Case No. 1:25-cv-10895<br><br>Hon. Lindsay Jenkins |

**DEFENDANT TEA DATING ADVICE, INC.'S NOTICE OF FILING OF LOCAL RULE 40.4 AND FEDERAL RULE OF CIVIL PROCEDURE 42(A) MOTION FOR FINDING OF RELATEDNESS AND CONSOLIDATION**

Defendant Tea Dating Advice, Inc. ("Tea Dating"), by and through its undersigned counsel and pursuant to Local Rule 40.4(c), respectfully submits this Notice that on October 6, 2025, Tea Dating filed a Local Rule 40.4 and Federal Rule of Civil Procedure 42(a) Motion for Finding of Relatedness and Consolidation in the matter captioned *Honeycutt v. Tea Dating Advice, Inc.*, No. 1:25-cv-10885 (N.D. Ill.), a copy of which is attached as **Exhibit 1**.

Dated: October 6, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ *Katharine H. Walton*
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859
Telephone: 312.416.6200
Facsimile: 312.416.6201

jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Tea Dating Advice, Inc.*

135889.000010\4919-7877-3872.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

/s/ Katharine H. Walton